# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID HARTSELL**                                                                            **PLAINTIFF**
Reg. #31430009

v.                                            No: 4:17-cv-00287 JLH-PSH

**TIMOTHY RYALS,** *et al.*                                                   **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff David Hartsell, a former detainee at the Faulkner County Detention Center ("FCDC"), filed this *pro se* civil rights complaint against defendants Timothy Ryals, Chris Riedmueller, Gary Andrews, Garry Stewart, and Monte Munyan (the "Defendants"). *See* Doc. No. 2. Hartsell alleges that Defendants violated his constitutional rights by not providing him with adequate medical care. *Id.* at 4-14. Specifically, Hartsell complains that he was not provided with life-saving medications for HIV and Hepatitis C; that he was not given a walker for two months;

and that the FCDC did not maintain an adequate supply of diapers.  *Id.*  Hartsell sues Defendants in both their individual and official capacities, and seeks the following relief:

> To make sure this does not happen to another Handicapped person.  To straighten out this medicaid issue.  Better training & updated procedures for dealing with Handicapped individuals.

*Id.* at 15.  Hartsell filed an amended complaint clarifying his claims against each defendant but did not alter the relief sought.  Doc. No. 4.

On August 10, 2017, Hartsell filed a notice of change of address explaining that he had been transferred to a federal facility in Mason, Tennessee (Doc. No. 15).  Hartsell filed another notice of change of address on April 23, 2018, explaining that he had been transferred to a federal detention center in Los Angeles, California (Doc. No. 32).  In the meantime, Defendants filed a motion for summary judgment, a brief in support, and a statement of facts (Doc. Nos. 28-30).  Hartsell did not file a response to the Defendants' motion.

Because Hartsell only seeks injunctive relief and has since been transferred out of the FCDC, his claims are moot.  *See generally Martin v. Sargent,* 780 F.2d 1334, 1337 (8th Cir. 1985) ("[A] prisoner's claim for injunctive relief to improve prison conditions is moot if he or she is no longer subject to those conditions.").  Accordingly, the Court recommends Hartsell's complaint be dismissed without prejudice and Defendants' motion for summary judgment be denied as moot.

IT IS SO RECOMMENDED this 29th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE