IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID HARTSELL**  **PLAINTIFF**
Reg. #31430009

v. No: 4:17-cv-00287 JLH-PSH

**TIMOTHY RYALS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Document #33.

IT IS THEREFORE ORDERED that Hartsell's complaint is dismissed without prejudice and Defendants' motion for summary judgment is denied as moot.

DATED this 20th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE