IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID HARTSELL**                                                             **PLAINTIFF**
Reg. #31430009

v.                        No: 4:17-cv-00287 JLH-PSH

**TIMOTHY RYALS,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 20th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE